# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

SHARON RAMSEY, as Personal Representative
Of the ESTATE OF DOROTHY SEKELSKY, an Ohio Resident

      Plaintiff,

v.

BLUE SPRUCE INVESTMENT CORP; a Colorado Corporation
G.F. GAMING CORPORATION d/b/a
  THE FAMOUS BONANZA CASINO, a Colorado Corporation
UNKNOWN PROPERTY MANAGEMENT COMPANY

      Defendants.

---

## NOTICE OF REMOVAL

---

Defendants Blue Spruce Investment Corp. and G.F. Gaming Corporation, d/b/a The Famous Bonanza Casino (collectively the "Defendants"), by and through counsel, Treece Alfrey Musat P.C., without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure, hereby give notice of the removal of this civil action from the District Court, City and County of Gilpin, State of Colorado, to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 *et seq.* The grounds for removal are as follows:

1. On November 21, 2016, a civil action captioned *Sharon Ramsey, as Personal Representative of the Estate of Dorothy Sekelsky v. Blue Spruce Investment*

*Corp., et al.*, Civil Action No. 2022CV30011, (the "State Court Action"), was filed in the District Court of the State of Colorado, County of Gilpin.

2. The State Court Action is one over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.* in that:

   (a) Plaintiff Sharon Ramsey is an individual citizen of the State of Ohio. *See* Compl., p. 1, attached hereto as **Exhibit A**.

   (b) Defendant Blue Spruce Investment Corp. is a corporation incorporated in Colorado, with a principal place of business in Colorado. *See* Colorado Secretary of State record attached hereto as **Ex. B;** *See* also Return of Service, attached hereto as **Exhibit D;** *see also* **Ex. A**, p. 5.

   (c) Defendant G.F. Gaming Corporation is a corporation incorporated in Colorado, and with a principal place of business in Colorado. *See* Colorado Secretary of State record attached hereto as **Ex. C;** *See also* Return of Service, attached hereto as **Exhibit E;** *see also* **Ex. A**, p. 6.

3. Copies of all papers filed in the State Court Action, which consist of the Complaint (**Ex. A**), Civil Case Cover Sheet (**Exhibit F**), Certificates of Service of Defendants Blue Spruce Investment Corporation and Defendant G.F. Gaming Corporation (**Exhibit G**), Civil Procedure Order (**Exhibit H**), Returns of Service (**Exs. D**

**and E)**, are all attached hereto.  A copy of the Register of Actions in the State Court Action is also attached hereto as **Exhibit I**.

4.     Based upon the allegations pleaded in the State Court Action Complaint, the injuries alleged, and the amount Plaintiff places in controversy in this action is at least $100,000.  *See* Civil Case Cover Sheet (**Exhibit F** p. 1).  In particular, Plaintiff alleges that she is seeking a monetary judgment in excess of $100,000, including noneconomic damages, physical impairment, and disfigurement damages.  *Id.; see also* **Ex. A.**  Plaintiff's claimed damages and recovery sought place the amount in controversy in this action above the jurisdictional threshold of $75,000.00.  As a result, original jurisdiction exists in the federal courts under 28 U.S.C. § 1332.

5.     Removal to this District is proper under 28 U.S.C. § 1441(a) because it embraces the place where the action is pending.

6.     The State Court Action was served on the Defendants on June 14, 2022. *See* **Exs. D and E.**  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of when the Defendants received a copy of the initial summons and complaint.

7.     True and correct copies of the Notice of Removal with accompanying exhibits and a separate Notice to State Court of Removal of Civil Action have been served upon Plaintiff's counsel and filed with the clerk of the District Court of the State of Colorado, County of Gilpin, in accordance with the provisions of 28 U.S.C. § 1446(d).

8.     In filing this notice, the Defendants do not waive any defenses available to them in this action.

FOR THESE REASONS, Defendants Blue Spruce Investment Corp. and G.F. Gaming Corporation respectfully give Notice of Removal from the District Court, County of Gilpin, State of Colorado to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted this 5 th day of July, 2022.

>TREECE ALFREY MUSAT P.C.
>
>*s/ Mark E. Harris*
>Mark E. Harris, Reg. No. 34375
>Robert B. Hall, III, Reg. No. 45008
>633 17th Street, Suite 2200
>Denver, CO  80202
>Telephone:  (303) 292-2700
>Facsimile:  (303) 295-0414
>Email:  mharris@tamlegal.com
>thall@tamlegal.com
>*Attorneys for Defendants Blue Spruce Investment Corp. and G.F. Gaming Corporation*

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of July, 2022, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following addresses:

Eric B. Ballou, Esq.
THE FRICKEY LAW FIRM, P.C.
940 Wadsworth Boulevard, Suite 400
Lakewood, CO  80214

  I hereby certify that on this 5th day of July, 2022, I presented a copy of the foregoing to the Gilpin County District Court Clerk of Court for filing, via electronic means, addressed to the following:

Gilpin County District Court
Gilpin Combined Court
2960 Dory Hill Road, Ste. 200
Black Hawk, CO  80422

*[signed original on file at office of counsel]*
Roberta Musser

5